IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. No. <u>04-20469-B/V</u> |
| ) | |
| MELVIN REESE, et al., ) | |
| ) | |
| Defendants. ) | |

---

### ORDER GRANTING LEVOND MABONE'S MOTION FOR CONTINUANCE OF ARRAIGNMENT DATE

---

This cause came to be heard on Levond Mabone's Motion for Continuance of Arraignment Date. Based on the facts asserted in the motion, and the representations of all counsel, and for good cause shown, the court is of the opinion that this motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Levond Mabone's Motion for Continuance of Arraignment Date is GRANTED and defendant's arraignment date will be changed to October 26, 2005, at 9:30 a.m., before Magistrate Judge Tu M. Pham in Courtroom #6.

Time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-6-05

_____
TU M. PHAM
United States Magistrate Judge

October 5, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20469 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT