IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | ) CR. NO. 04-20469-B |
| | ) |
| **LEVOND MABONE,** | ) |
| | ) |
| **DEFENDANT.** | ) |

### ORDER GRANTING JOHN HERSHBERGER'S MOTION TO WITHDRAW

This cause came to be heard on John Hershberger's Motion to Withdraw. Based on the facts asserted in the motion, and the representations of all counsel, and for good cause shown, the Court is of the opinion that this Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that John Hershberger's Motion to Withdraw is GRANTED as Defendant has retained other counsel.

_____
JUDGE

DATE: 11/22/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-22-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CR-20469 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT